IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| BRANDON LONG, # 43531-037 | * |
| Petitioner, | * |
| vs. | *   Civil No. WDQ-11-2252 |
| ERIC WILSON, et al., | * |
| Respondents. | * |

\*\*\*

MEMORANDUM

Brandon Long is petitioning for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. This case will be transferred to the United States District Court for the Eastern District of Virginia for the following reasons.

Long pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922 (g) (1), and is serving a 57-month term of incarceration. *See* Criminal Action No. WDQ-08-316. He is presently an inmate at the Federal Correctional Center in Petersburg, Virginia.

In his petition, Long challenges the calculation of credits applied towards his sentence by the Bureau of Prisons (BOP). A petition for writ of habeas corpus challenging the execution of a federal prisoner's sentence is properly filed in the judicial district where the petitioner is incarcerated. *See* 28 U.S.C. § 2241 "[A] district court properly exercises jurisdiction over a habeas petition whenever it has jurisdiction over the petitioner's custodian." *U.S. v. Poole*, 531 F.3d 263, 271 (4th Cir. 2008), citing *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973).

Petitioner's custodian and the proper respondent in this case is the Warden of the Federal Correctional Center- Petersburg, Virginia. Consequently, this petition would be properly filed in

the Eastern District of Virginia, the judicial district where Petitioner is confined and his custodian is located. This case will be transferred by separate Order to the Eastern District of Virginia for consideration.

_____9/8/11_____
Date

_____
William D. Quarles, Jr.
United States District Judge